# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08-02-2005 | 08-04-2005; 11:30 | Howard Paul Best, III |

INVENTORY MADE IN PRESENCE OF

Special Agent T. T. Jackson

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]* 08/09/05

Special Agent Jennifer Rudden                    Date

Subscribed, sworn to, and returned before me this date  *[signature]*  8/9/05

U.S. Judge or Magistrate Judge                    Date

(P.1-3)

Back Den - off Kitchen

Rt of door
1. Winchester, Mod. 97, 16 gauge shotgun, SN. 901981

Stack of guns in corner
2. Springfield U.S. Model 1873, SN 123626

Lft of door
3.) Springfield Armory Model M1 .30 Cal Rifle, SN 3794749

4.) Winchester Model 1917 SN 392880 Rifle

5.) EddyStone Model 1917 SN 948990 Rifle

6.) Mass. Arms Co, Chicopee Falls, Mass, Shotgun, No S/N

Bedroom - Top Floor        Facing Bed - left nightstand Dr. (Top)
7.) Colt Lawman MKIII .357 Mag Revolver, S/N L18958

8.) 6 rounds of .357 mag ammunition (taken from item 7)

9.) Smith and Wesson revolver, SN 48630 - Right chest of Drawers, 2nd Drawer from Top.

Stacked on Top left Shelf of Top floor Bedroom closet (Right)
10.) Colt, Model 1911 .45 Cal Pistol, S/N 195348
11.) 13 rounds of .45 caliber ammunition (Taken from magazines in soft case that Stored item #10)
12.) Browning Model 68G light twelve shotgun, SN 40269
13.) Winchester Model 63 .22 Rifle SN 135641 / 135641 A

Top middle Shelf of Top Floor Bedroom closet (Right)
14.) Remington Double Barrel 12 Ga Shotgun - SN 344529 (4320)

left corner of Top floor Bedroom Closet (Right)
15.) Stevens Model L22 .410 shotgun, #224 SN - None

Also stacked on Top left shelf of Top Floor Bedroom closet (Right)
16.) 24 rounds Winchester Super X .410 Ammunition
17.) 75 rounds of Remington .357 magnum ammunition
18.) 14 rounds of .22 ammunition (loose, found in Band-Aid Can)
19.) 88 rounds of .32 S+W long (Remington) ammunition
20.) 14 rounds of Remington 38 Spl Police Service ammunition
21.) 43 rounds of Winchester .32 S+W long ammunition
22.) 7 rounds of Remington 12 ga Buckshot ammunition
23.) 29 rounds of .22 ammunition in Brown Plastic Case.
24.) 18 rounds of .38 Spl Ammunition in Brown Plastic Case.
25.) 38 rounds of CCI .45 Auto shotshells
26.) 40 rounds of CCI .22 LR shotshell ammunition
27.) 50 rounds of Winchester Super X .22 ammunition
28.) 22 rounds of .357 ammunition (assorted makes)

Under Couch in Back den off Kitchen
29.) 20 rounds of Remington KleanBore 30-06 Hi-Speed ammunition
30.) 12 rounds of Remington Golden Saber .357 magnum ammunition.

P. 3-3

31. Derringer, Model DD, .45/.410, SN. C00040779
32. .410 caliber rounds of ammunition.
33. Colt, Trooper MK5, .357, SN. 16272
34. (6) Winchester .357 caliber rounds of ammunition.
35. Winchester, 1890, .22 caliber, SN. 624360
36. Harrington & Richardson, 1908, SN. A538202
37. Davis, certified, .20 gauge shotgun, SN. unknown
38. Savage Arms, Model 6D, .22 caliber, SN. unknown
39. (9) Nine Assorted firearm related books
40. (1) one round of R-P .357 ammunition
    + (4) four rounds of WW .357 rounds of ammunition
41. Colt, .32 caliber, SN. 125765
42. (8) Eight rounds of .32 caliber ammunition + (1) one magazine
43. (12) Twelve firearm related books.
44. Assorted paperwork containing the name Howard P. Best, III.
45. Unknown Make & Model Revolver, SN. 55686
46. Unknown Make & Model handgun, SN. 19001
47. Assorted Caliber rounds of ammunition
48. Two (2) letters
    • One (1) addressed to Dr. Blackstone
    • One (1) addressed to Pardon's Unit.
49. Assorted paperwork containing firearm related material.